UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-01204 JAK (Ex) | Date | February 23, 2022 |
|---|---|---|---|
| Title | Sherlyn Haynes v. City of Torrance, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On February 18, 2022, Defendants filed "Notice of Settlement of Entire Action" (Dkt. 122). The Court sets an Order to Show Cause re Dismissal for May 23, 2022, at 10:00 a.m. If the parties file a dismissal by May 16, 2022, the matter will be taken off calendar and no appearance by counsel will be required. All current trial and pretrial dates and deadlines are **VACATED.**

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |